No. 73–679. WOLFF, WARDEN, ET AL. v. McDONNELL. C. A. 8th Cir. [Certiorari granted, 414 U. S. 1156.] Motion of respondent for appointment of counsel granted. It is ordered that Douglas F. Duchek, Esquire, of Lincoln, Nebraska, be, and he is hereby, appointed to serve as counsel for respondent in this case. Motion of respondent that said Douglas F. Duchek be granted leave to present oral argument *pro hac vice* granted.

No. 73–767. UNITED STATES v. CONNECTICUT NATIONAL BANK ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 414 U. S. 1127.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Motion of the Comptroller of the Currency for additional time for oral argument granted and appellees allotted 15 additional minutes for that purpose.

No. 73–841. HOLDER, U. S. DISTRICT JUDGE v. BANKS. C. A. 7th Cir. [Certiorari granted, 414 U. S. 1156.] Motion of respondent to supplement record and to defer oral argument denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–5280. FULLER v. OREGON. Ct. App. Ore. [Certiorari granted, 414 U. S. 1111.] Motion of National Legal Aid & Defender Assn. for leave to dispense with printing its *amicus curiae* brief denied.

No. 73–6240. HOWARD v. WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 73–296. HUFFMAN ET AL. v. PURSUE, LTD. Appeal from D. C. N. D. Ohio. Probable jurisdiction noted and case set for oral argument with No. 73–1119 [immediately *infra*].